IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII NURSES' ASSOCIATION, | ) ) ) | CV 09-00235 SOM-LEK |
| Plaintiff, | ) ) ) | ORDER ADOPTING REPORT OF SPECIAL MASTER |
| vs. | ) ) | |
| THE QUEEN'S MEDICAL CENTER, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

ORDER ADOPTING REPORT OF SPECIAL MASTER

A Report of Special Master having been filed and served on all parties on January 15, 2010 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special Master is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 17, 2010.



   /s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge